# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC. AND WAL-MART STORES EAST, LP, )<br>)<br>**Defendant.** )<br>_____ ) | CIVIL ACTION NO.<br><br>1:18-cv-00170-JDL |

## JOINT MOTION TO APPROVE CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendants Wal-Mart Stores, Inc.[1] and Wal-Mart Stores East, LP (collectively "Walmart"), jointly move, through the undersigned counsel, that this Court approve the attached Consent Decree, which has been signed and approved by the parties. The Consent Decree states that the Court shall retain continuing jurisdiction to enforce its provisions.

WHEREFORE, the parties jointly request that the Court grant the motion.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION


s/ Markus L. Penzel
MARKUS L. PENZEL
Senior Trial Attorney
OPPORTUNITY COMMISSION
Boston Area Office
John F. Kennedy Federal Building
Room 475
Boston, MA 02203-0506
(617) 565-3193 (telephone)

---

[1] As of March 1, 2018, Wal-Mart Stores, Inc., changed its legal name to Walmart Inc.

1

(617) 565-3196 (fax)
Markus.penzel@eeoc.gov


WAL-MART STORES, INC. and
WAL-MART STORES EAST, LP

s/ Katharine I. Rand
Katharine I. Rand
Daniel Strader
Pierce Atwood LLP
254 Commercial Street
Portland, Maine 04101
(207) 791-1267 (telephone)
(207) 791-1350 (fax)
krand@pierceatwood.com
dstrader@pierceatwood.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

s/Markus L. Penzel
Markus L. Penzel